

FILED
OCT. 8, 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAUN RUSHING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-01941 (UNA) |
| | ) |
| U.S. DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

It appears that plaintiff was employed by Cezo, Inc., and allegedly was not paid for his work. Plaintiff faults the United States Department of Labor for failing to enforce labor laws, and

demands from it an award of $110 trillion and permission to consult the unemployment department.

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  Wholly absent from the complaint is any description of plaintiff's former employment, the form or amount of compensation Cezo allegedly owed him, or the federal statute or regulation that the Department of Labor should have been enforced.  There are far too few facts alleged to state a viable legal claim, and certainly too few facts to show plaintiff's entitlement to an enormous damages award.  Therefore, the Court will dismiss the complaint without prejudice and will grant the application to proceed *in forma pauperis*.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 8, 2021            _____
                                  CARL J. NICHOLS
                                  United States District Judge